UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT,**<br><br>    Plaintiff,<br><br>vs.<br><br>**A QUALITY STAFFING D/B/A ELITE MEDICAL STAFFING et al,**<br><br>    Defendants. | 2:22-CV-10319-TGB-EAS |
| **CAROL BOYKINS,**<br><br>    Plaintiff,<br><br>vs.<br><br>**TRINITY INC. et al,**<br><br>    Defendants. | 2:18-CV-13931-TGB-EAS |

**ORDER REGARDING UPCOMING SETTLEMENT CONFERENCE**

The parties in these cases have conducted several settlement conference sessions with the Honorable Shalina Kumar in an attempt to reach a global resolution of claims. The Court having consulted with Judge Kumar regarding the progress of these conferences, it is hereby **ORDERED** that:

1

- The parties from both cases are to appear before Judge Kumar for a continued settlement conference prior to July 31, 2022.
- All parties, including clients, and insurance adjusters with **full settlement authority** must appear in person.
- An adjuster with **full settlement authority** from Old Republic Insurance Company must appear in person.
- Detroit Public Schools Community District must provide any applicable auto policy, if one exists, to all parties and to Judge Kumar within 14 (fourteen) days of the entry of this Order.
- Additionally, if such a policy exists, an adjuster with **full settlement authority** from that insurer must appear in person.

**IT IS SO ORDERED** this 15th day of June, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge