UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CAROL BOYKINS**, *as Personal Representative for the Estate of CARL JOHNSON, JR.,*<br><br>Plaintiff,<br><br>v.<br><br>**TRINITY INC.**, *et al.*,<br><br>Defendants. | 2:18-CV-13931-TGB-EAS<br><br>ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF PROCEEDS |

This matter having come before the Court upon the Plaintiff's Motion to Approve Settlement and the Distribution of Proceeds (ECF No. 201), with the Court having the benefits of the parties' briefing, the proposed documents (settlement amount, distribution, releases, structures for minor siblings), the Guardian Ad Litem's Report, and having taken testimony from the Plaintiff and with the Court having been otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Approve Settlement and Distribution (ECF No. 201) is **GRANTED** pursuant to the stated terms in the confidential settlement distribution schedule.

**IT IS FURTHER ORDERED** that from the settlement proceeds, Plaintiff's counsel shall receive their attorney costs and fee as specifically identified.

**IT IS FURTHER ORDERED** that from the settlement proceeds, reimbursement for funeral and burial expenses shall be provided as specifically identified.

**IT IS FURTHER ORDERED** that from the settlement proceeds, an annuity shall be purchased providing structured future periodic payments as specifically identified for the minor child, R.H.

**IT IS FURTHER ORDERED** that from the settlement proceeds, an annuity shall be purchased providing structured future periodic payments as specifically identified for the minor child, K.W.

**IT IS FURTHER ORDERED** that the settlement is approved pursuant to the structured benefits outlined in the Wrongful Death Release and Settlement Agreement.

**IT IS FURTHER ORDERED** that the remaining proceeds shall be distributed to the individual heirs identified and described on the record and specifically accounted for in the confidential settlement distribution schedule.

**IT IS FURTHER ORDERED** that the obligation to make the periodic payments described herein will be assigned under the meaning of IRC Sec. 130, to Pacific Life & Annuity Services, Inc. (the "Assignee") and funded by an annuity contract issued by Pacific Life Insurance Company (the "Annuity Issuer").

**IT IS FURTHER ORDERED** that Carol Boykins, as Personal Representative for the Estate of Carl Johnson, Jr., deceased, is

authorized to sign all required documentation on behalf of minors, K.W. and R.H.

*This is not a Final Order and does not close this case.*

**IT IS SO ORDERED**, this 15th day of November, 2022.

BY THE COURT:

/s/ Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Approved as to Form:

| | w/e-mail permission 10/28/22 |
|---|---|
| */s/Joseph J. Ceglarek, II* | */s/John T. Eads, III* |
| MARK J. BERNSTEIN (P56528) | JOHN T. EADS, III (P43815) |
| JOSEPH J. CEGLAREK, II (P56791) | JULIANA B. SABATINI-PLASTIRAS (P64367) |
| THE SAM BERNSTEIN LAW FIRM, PLLC | GORDON REES SCULLY MANSUKHANI |
| Attorneys for Plaintiff | Attorneys for Defendant Trinity, DPSCD, |
| Dated: 10/28/22 | Dated: 10/28/22 |

w/e-mail permission 10/28/22           w/e-mail permission 10/28/22
*Richard A. Joslin*                    *Todd A. McConaghy*
RICHARD A. JOSLIN (P47510)             TODD A. McCONAGHY (P55675)
COLLINS EINHORN FARRELL PC             SULLIVAN, WARD, PATTON,
Attorney for Defendant Lawery          GLEESON & FELTY, P.C.
                                       Attorney for Defendant Burns
Dated: 10/28/22                        Dated: 10/28/22